# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**LUTHER WAYNE DILLON**                                                        **PLAINTIFF**
**ADC #173503**

v.                     No: 3:20-cv-331-DPM-PSH

**GARY MUSSELWHITE, Warden,
ADC; LEWIS YOUNG, Security
Major, Grimes Unit, ADC;
CHRISTOPHER STUMP, Lieutenant,
Grimes Unit; and KEITH WADDLE,
Hearing Officer, ADC**                                **DEFENDANTS**

## ORDER

    **1.** The Court withdraws the reference.

    **2.** Dillon hasn't filed an amended complaint; and the time to do so has passed. *Doc 3*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

    So Ordered.

*[signature: DPMarshall Jr.]*

D.P. Marshall Jr.
United States District Judge

3 December 2020