IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LUTHER WAYNE DILLON**  **PLAINTIFF**
**ADC #173503**

v.  No: 3:20-cv-331-DPM

**GARY MUSSELWHITE, Warden,
ADC; LEWIS YOUNG, Security
Major, Grimes Unit, ADC;
CHRISTOPHER STUMP, Lieutenant,
Grimes Unit; and KEITH WADDLE,
Hearing Officer, ADC**  **DEFENDANTS**

## JUDGMENT

Dillon's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 December 2020